

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2015

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.**, WRH Energy Partners, L.L.C., William R."Bill" Huff, Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY**,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

**ORDER REGARDING ORAL ARGUMENTS BEFORE THE EN BANC COURT**

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

As the parties are aware, the time allotted for arguments in this appeal is limited to forty-five (45) minutes each side and twenty (20) minutes for appellants' rebuttal. If more than one attorney wishes to argue for a side, they must notify this court, no later than close of business June 1, 2015, of how the total time allotted to each side will be divided.

Also, if the parties intend to provide the court with handouts for use during oral arguments, they must provide seven copies of the handout no later than close of business June 1, 2015.

It is so **ORDERED** on May 26, 2015.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court

